SECOND DEPARTMENT, MAY, 1970

(May 15, 1970)*

█ In the Matter of NICHOLAS GASPARINO, Petitioner, v. COUNTY COURT, WESTCHESTER COUNTY, et al., Respondents.—

Rabin, Acting P. J., Hopkins, Munder, Brennan and Benjamin, JJ., concur.

* Not published with other decisions of May, 1970, 34 A D 2d 780.— [Rep.,